# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELONY REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:25-cv-00516 |
| ) | |
| v. ) | Chief Judge Mark R. Hornak |
| ) | |
| ) | |
| FAY-PENN ECONOMIC ) | |
| DEVELOPMENT COUNCIL, ) | |
| | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Case Management Order dated September 10, 2025, the parties submit the following Joint Status Report.

i. Since the Case Management Conference, the parties have exchanged initial disclosures, which included the exchange of the documents identified in the disclosures.

ii. Ms. Reed's preliminary hearing in her criminal case, which was supposed to have taken place on October 14, 2025, has been rescheduled for December 8, 2025 due to a conflict in her criminal counsel's (Ken Haber's) schedule.

iii. Plaintiff's position is unchanged from the initial case management conference. Plaintiff's counsel prefers to see what happens with the criminal matter before investing time and money to advance this case and therefore renews the request to stay proceedings in this case until the criminal matter has been resolved. Additionally, Mr. Haber has still advised Plaintiff to invoke her 5th Amendment right against self-incrimination at any deposition in this case while the criminal case is pending. Finally, there is important evidence from the state police as

identified in Defendant's disclosures which Plaintiff thinks will be difficult to secure during the pendency of the criminal case.

 iv. At the same time, Plaintiff has reviewed the documents produced by Defendant and still believes strongly in the strength of her case and is anxious to engage in discovery and prosecute the case for that reason. But Plaintiff believes that this is still not the proper time to do so.

 v. Defendant's position is that the stay should be lifted so the matter can proceed. There are fifteen (15) witnesses identified in Plaintiff's disclosures alone that will likely need deposed. While the Plaintiff may not want to give deposition testimony now, given her Fifth Amendment right against self-incrimination, Defendant believes that the parties can conduct meaningful discovery, including the depositions of non-party and defense witnesses.

Respectfully Submitted:

| | |
|---|---|
| *s/ David B. Spear* | *s/ Trisha A. Gill* |
| David B. Spear | Trisha A. Gill |
| PA ID: 62133 | PA ID: 83751 |
| | |
| Gabrielle K. Shaulis | Litchfield Cavo |
| PA ID: 334275 | Two Gateway Center |
| | 603 Stanwix Street, 10th Floor |
| Minto Law Group, LLC | Pittsburgh, PA 15222 |
| 811 Camp Horne Road, Suite 320 | gill@litchfieldcavo.com |
| Pittsburgh, PA 15237 | |
| Telephone (412) 201-5525 | |
| dspear@mintolaw.com | |